Todd M. Logan (SBN 305912)
tlogan@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Alicia Hwang*
ahwang@edelson.com
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Eve-Lynn Rapp*
erapp@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice admission to be sought.

Attorneys for Plaintiff and the Putative Class

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTONETTE GRAYS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>MONSTER, INC., a Delaware corporation,<br><br>*Defendant.* | Case No.<br><br>**CONSUMERS LEGAL REMEDIES ACT VENUE AFFIDAVIT OF ANTONETTE GRAYS** |

I, ANTONETTE GRAYS, hereby declare and state as follows:

1. I am the named Plaintiff in this action.

2. I am over the age of 18.

3. I make this affidavit as required by California Civ. Code § 1780(d).

4. The facts contained in this declaration are based on my personal knowledge,

1  and if called upon to do so, I could and would testify competently hereto.

2      5.    Defendant is doing business in San Francisco, California, and throughout the United States.

4      6.    Defendant has its principal place of business in Brisbane, California, which is located in San Mateo County, California, one of the counties under the jurisdiction of this Division of this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 10, 2016        By: _____
                                                          Antonette Grays